In the Matter of FRANK J. HARDECKER et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued January 19, 1944; decided March 10, 1944.

*John T. DeGraff* for appellants.

*William Tancer* for Joint Committee of Teachers' Organization, amicus curiæ, in support of appellants' position.

*Ignatius M. Wilkinson, Corporation Counsel (William S. Lebwohl, James Hall Prothero* and *Hortense M. Wittstein* of counsel), for respondent.

*J. G. Fink, Harry N. French* and *Bryan Brady* for New York Chapter of American Institute of Architects, *amicus curiæ,* in support of respondent's position.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J. Taking no part: THACHER, J.